David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Anne M. Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE M. SMITH, | ) Case No. 3:14-cv-01413-EMC |
| Plaintiff, | ) STIPULATION AND (PROPOSED) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Motion for Summary Judgment herein is hereby extended for a period of thirty-four days.  Plaintiff's Motion for Summary Judgment Motion is due to be filed July 31, 2014.  Because of workload in other matters and previously planned vacation time, plaintiff's attorney is unable to meet that deadline.  With this stipulation and order plaintiff's time to file is extended to Tuesday, September 2, 2014.

This is plaintiff's first request for an extension.

Dated:   July 24, 2014                                    /s/ David J. Linden
                                                          DAVID J. LINDEN
                                                          Attorney at Law
                                                          Attorney for Plaintiff


Dated:   July 24, 2014                                    /s/ Tova Wolking
                                                  [Authorized via electronic mail 07/24/2014]
                                                          TOVA WOLKING
                                                          Special Assistant United States Attorney
                                                          Of Attorneys for Defendant


   PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____



Smith v. Colvin, Case 3:14-cv-01413-EMC, Stipulation and Order Extending

Plaintiff's Time to File Motion for Summary Judgment- 2