David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581
Tel. (707) 252-7007
Fax. (707) 252-7883
Email: david@lindenlaw.net
Attorney for Plaintiff, Heidi G. Ildefonso

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE M. SMITH,<br><br>   Plaintiff,<br><br> vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br>   Defendant | Case No. 3:14-cv-01413-EMC<br><br>STIPULATION AND (PROPOSED) ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the plaintiff's time to file her Reply to Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment herein is hereby extended for a period of 30 days. Plaintiff's Reply is due to be filed November 7, 2014. Because of workload in other matters, plaintiff's attorney is unable to meet that deadline. With this stipulation and order plaintiff's time to file is extended to Monday, December 8, 2014.

1

2

3      This is plaintiff's first request for an extension to file her reply.

4

5

6    Dated: ___October 30, 2014__                    /s/ David J. Linden___
                                                     DAVID J. LINDEN
7                                                    Attorney at Law
                                                     Attorney for Plaintiff
8

9

10

11   Dated: ___October 30, 2014___                  /s/  Tova Wolking_____
                                                       [Authorized via electronic mail 10/30/2014]
12                                                     TOVA WOLKING
                                                       Special Assistant United States Attorney
13                                                     Of Attorneys for Defendant

14

15

16

17

18      PURSUANT TO STIPULATION IT IS SO ORDERED.

19

20

21

22   Dated: _____

23      UNITED STATE

24

25

