MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8980
Facsimile: (415) 744-0134
E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANNE M. SMITH,

Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

Defendant.

Case No. 3:14-cv-01413-EMC

JOINT CASE MANAGEMENT STATEMENT

On January 12, 2015, this Court ordered that the parties file a Joint Case Management Statement by February 19, 2015, and set a Case Management Conference for February 26, 2015, at 9:30 a.m. in Courtroom 5, 17th Floor, in San Francisco (Dkt. #21).

The parties to the above-entitled action therefore respectfully submit this JOINT CASE MANAGEMENT STATEMENT. This case pertains to review of a closed administrative record.[1] It does not involve discovery. The parties have fully briefed the case. On July 3, 2014, Defendant

[1] **Error! Main Document Only.**Pursuant to 42 U.S.C. Section 405(g) the Court's jurisdiction in this case is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record, and whether the Commissioner complied with the requirements of the Constitution and the Social Security Act and administrative regulations in reaching the decision reviewed.

lodged the certified administrative transcript (Dkt. #9). On August 27, 2014, Plaintiff filed her motion for summary judgment (Dkt. # 14). On October 24, 2014, Defendant filed her cross motion for summary judgment (Dkt. #17). On December 8, 2014, Plaintiff filed her reply (Dkt. # 20). The certified administrative record and briefs are currently before the Court. Pursuant to Civil Local Rule 16-5, the matter is therefore "deemed submitted for decision by the District Court without oral argument."

The parties jointly request that the Court vacate the Case Management Conference and issue a decision in this matter, based on the administrative record and briefs filed with the court.

Respectfully submitted,

DATE: *February 19, 2015*

By: *<u>/s/ David J. Linden*</u>*
DAVID J. LINDEN
Attorney for Plaintiff
*By email authorization on 2/19/15

DATE: *February 19, 2015*

MELINDA L. HAAG
United States Attorney

By: *<u>/s/ Tova D. Wolking</u>*
TOVA D. WOLKING
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED. CMC is reset for 4/30/15 at 9:30 a.m. An updated joint CMC statement shall be filed by 4/23/15.

____________________
Edward M. Chen
U.S. District Judge

