MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
TOVA WOLKING, CSBN 259782
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: tova.wolking@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE M. SMITH, | ) Case No. 3:14-cv-01413-EMC |
| Plaintiff, | ) STIPULATION AND P~~ROPOS~~ED ORDER |
| v. | ) FOR THE AWARD AND PAYMENT OF |
| | ) ATTORNEY FEES AND EXPENSES |
| CAROLYN W. COLVIN, | ) PURSUANT TO THE EQUAL ACCESS TO |
| Acting Commissioner of Social Security, | ) JUSTICE ACT, 28 U.S.C. § 2412(d), AND |
| | ) COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of six-thousand, one-hundred dollars ($6,100.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to David J. Linden. Pursuant to *Astrue v. Ratliff*,

560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to David J. Linden, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to David J. Linden.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or David J. Linden including Ralph Wilborn and David J. Linden's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of David J. Linden and his firm and/or Ralph Wilborn to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

DATE: *July 13, 2015*  By:  */s/ David J. Linden\**
DAVID J. LINDEN
Attorney for Plaintiff
*By email authorization on 7/10/15

DATE: *July 13, 2015*  MELINDA L. HAAG
United States Attorney

By:  */s/ Tova D. Wolking*
TOVA D. WOLKING
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: July 16, 2015  _____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

Smith v. Colvin, 3:14-cv-01413-EMC – EAJA Stipulation          2